UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

RANDY L. THORNTON
        Petitioner

v.                               **Judgment in a Civil Case**

UNITED STATES OF AMERICA
        Respondent                 Case Number: 5:10-HC-2023-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for a preliminary review under 28 U.S.C. § 2243.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed.

This Judgment Filed and Entered on January 6, 2011, with service on:
Randy L. Thornton  07595-088, LSCI - Butner, P.O. Box 999, Butner, NC  27509 (via U.S. Mail)

January 6, 2011                                         /s/ Dennis P. Iavarone
                                                                 Clerk